IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

LEUNDRELL LENOIR                                                                                    PLAINTIFF

V.                                                                        CIVIL ACTION NO. 1:16-CV-58-SA-DAS

SGS NORTH AMERICA, INC.                                                                         DEFENDANT

ORDER

Leundrell Lenoir filed his Complaint [1] in this Court on April 13, 2016[1] alleging that his former employer, SGS North America, Inc., racially discriminated against him in his employment and violated his rights protected by the Family Medical Leave Act.[2] Now before the Court is SGS's Motion for Summary Judgment [40] on all of Lenoir's claims.

For all of the reasons fully explained in a separate memorandum opinion issued this same day, the Defendant, SGS's Motion for Summary Judgment [40] is GRANTED in part, and DENIED in part. Plaintiff Lenoir's Americans with Disabilities Act claim is WITHDRAWN. Defendant SGS's Motion for Summary Judgment [40] as to Plaintiff Lenoir's claim for race-harassment based on *quid-pro-quo* is GRANTED, and this claim is DISMISSED with prejudice. Defendant SGS's Motions for Summary Judgment [40] as to all of Plaintiff Lenoir's other claims is DENIED.

So ORDERED on this the 18th day of September, 2017.

                                                                  /s/ Sharion Aycock
                                                              UNITED STATES DISTRICT JUDGE

---

[1] Lenoir filed an Amended Complaint [23] on November 8, 2016.
[2] The Plaintiff originally alleged an additional claim for disability discrimination under the Americans with Disabilities Act. The Plaintiff withdrew this claim in his summary judgment brief.